# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1073**                                            **September Term, 2023**

EPA-87FR24300
EPA-87FR34873

**Filed On:** July 26, 2024

Sinclair Wyoming Refining Company LLC and
Sinclair Casper Refining Company LLC,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

American Coalition for Ethanol, et al.,
      Intervenors
------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1128, 22-1129, 22-1130,
22-1132, 22-1133, 22-1135, 22-1165,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1194, 22-1195,
22-1197, 22-1199, 22-1219, 22-1238,
22-1240, 22-1246

**No. 22-1074**                                            EPA-87FR24294
EPA-87FR34872

Sinclair Wyoming Refining Company LLC,

      Petitioner

    v.

Environmental Protection Agency,

**No. 22-1073**                    **September Term, 2023**
**No. 22-1074**

Respondent

------------------------------

American Petroleum Institute and Kern Oil &
Refining Co.,
                    Intervenors

------------------------------

Consolidated with 22-1125, 22-1126,
22-1127, 22-1179, 24-1008, 24-1010

    **BEFORE:**    Pillard, Rao, and Pan, Circuit Judges

# UNDER SEAL OPINION NOT AVAILABLE TO PUBLIC